**Edward T. ARAKAKI, and Helen Arakaki, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 06–5109.

United States Court of Appeals, Federal Circuit.

July 17, 2007.

R. Patrick Jaress, Jaress & Leong, of Honolulu, HI, argued for plaintiffs-appellants.

Steven M. Mager, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General; Jeanne E. Davidson, Director; and Kathryn A. Bleecker, Assistant Director.

Before LOURIE, LINN, and MOORE, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.